Perrie M. Weiner (Bar No. 134146)
perrie.weiner@dlapiper.com
Robert D. Weber (Bar No. 165992)
robert.weber@dlapiper.com
DLA PIPER LLP (US)
2000 Avenue of the Stars, 4th Floor North Tower
Los Angeles, CA 90067
Tel: 310.595.3000 / Fax: 310.595.3300

John P. Coffey (*Pro Hac Vice* Pending)
SCoffey@kramerlevin.com
Jonathan M. Wagner (*Pro Hac Vice* Pending)
JWagner@kramerlevin.com
Samantha V. Ettari (*Pro Hac Vice* Pending)
SEttari@kramerlevin.com
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: 212.715.9100

*Attorneys for Defendants Third Avenue Management LLC, Third Avenue Trust, M.J. Whitman LLC, Vincent J. Dugan, W. James Hall III and Michael Buono*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOI TRAN,<br><br>Plaintiff,<br><br>v.<br><br>THIRD AVENUE MANAGEMENT LLC; *et al*.<br><br>Defendants. | Case No. 2:16-cv-00602<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO TRANSFER VENUE TO THE SOUTHERN DISTRICT OF NEW YORK**<br><br>Judge: Hon. Michael W. Fitzgerald<br>Courtroom: Spring Street 1600 – 16th Fl.<br><br>Action Filed: January 27, 2016<br><br>Hearing Date: April 11, 2016<br>Hearing Time: 10:00 a.m. |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on Monday, April 11, 2016 at 10:00 a.m., in Courtroom 1600, located at 312 N. Spring Street, Los Angeles, California, 90012, Defendants Third Avenue Management LLC, Third Avenue Trust, M.J. Whitman LLC, Vincent J. Dugan, W. James Hall III and Michael Buono ("<u>Defendants</u>") will and hereby do move the Court pursuant to 28 U.S.C. § 1404(a) for an order transferring this action to the Southern District of New York. Additional Defendants Thomas Lapointe, Nathaniel Kirk, Edwin Tai, and Joseph Zalewski consent to transfer, as noted in the concurrently filed Declaration of John P. Coffey.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on February 22, 2016. Defendants' Motion to Transfer Venue is based upon this Notice of Motion, and the Memorandum of Points and Authorities and Declarations of John P. Coffey and W. James Hall III, filed concurrently herewith, all pleadings and papers on file with the Court in this action, all judicially noticeable facts, and upon such oral and written evidence as may be presented at the hearing of this Motion. Accordingly, for the reasons above and more fully set forth in the accompanying memorandum, Defendants request that the Court transfer this action to the Southern District of New York.

DATED: March 9, 2016

Respectfully submitted,

By: /S/ Robert D. Weber
Robert D. Weber
Perrie M. Weiner
**DLA PIPER LLP (US)**

John P. Coffey (*Pro Hac Vice* Pending)
Jonathan M. Wagner (*Pro Hac Vice* Pending)
Samantha V. Ettari (*Pro Hac Vice* Pending)
Kramer Levin Naftalis & Frankel LLP

*Attorneys for Defendants Third Avenue Management LLC, Third Avenue Trust, M.J. Whitman LLC, Vincent J. Dugan, W. James Hall III and Michael Buono*