Jennifer Pafiti (SBN 282790)
**POMERANTZ LLP**
468 North Camden Drive
Beverly Hills, CA 90210
Telephone: (818) 532-6499
E-mail: jpafiti@pomlaw.com
- *additional counsel on signature page* –

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

LOI TRAN, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

THIRD AVENUE MANAGEMENT LLC; THIRD AVENUE TRUST; M.J. WHITMAN; DAVID M. BARSE; JACK W. ABER; WILLIAM E. CHAPMAN, II; LUCINDA FRANKS; EDWARD J. KAIER; MARVIN MOSER; ERIC RAKOWSKI; MARTIN SHUBIK; CHARLES C. WALDEN; VINCENT J. DUGAN; W. JAMES HALL III; MICHAEL BUONO; THOMAS LAPOINTE; NATHANIEL KIRK; EDWIN TAI; and JOSEPH ZALEWSKI,

Defendants.

No. 2:16-cv-00602-MWF-SS

**NOTICE OF MOTION AND MOTION OF THIRD AVENUE INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

DATE: May 2, 2016
TIME: 10:00 am
JUDGE: Michael W. Fitzgerald
CTRM: 1600 – Sixteenth Floor

INTER-MARKETING GROUP USA, INC., Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

THIRD AVENUE TRUST, THIRD AVENUE MANAGEMENT LLC, MARTIN J. WHITMAN, DAVID M. BARSE, VINCENT J. DUGAN, WILLIAM E. CHAPMAN, II, LUCINDA FRANKS, EDWARD J. KAIER, ERIC RAKOWSKI, MARTIN SHUBIK, CHARLES C. WALDEN and PATRICK REINKEMEYER,

Defendants.

No. 2:16-cv-00736-MWF-SS

- *caption continued on following page* -

| | |
|---|---|
| SCOTT MATTHEWS, Individually and on Behalf of All Others Similarly Situated,<br>Plaintiff,<br>v.<br>THIRD AVENUE MANAGEMENT LLC; THIRD AVENUE TRUST; M.J. WHITMAN; DAVID M. BARSE; JACK W. ABER; WILLIAM E. CHAPMAN, II; LUCINDA FRANKS; EDWARD J. KAIER; MARVIN MOSER; ERIC RAKOWSKI; MARTIN SHUBIK; CHARLES C. WALDEN; VINCENT J. DUGAN; W. JAMES HALL III; MICHAEL BUONO; THOMAS LAPOINTE; NATHANIEL KIRK; EDWIN TAI; and JOSEPH ZALEWSKI,<br>Defendants. | No. 2:16-cv-00770-MWF-SS |
| SUPRABA BHAT, Individually and on Behalf of All Others Similarly Situated,<br>Plaintiff,<br>v.<br>THIRD AVENUE MANAGEMENT LLC; THIRD AVENUE TRUST; M.J. WHITMAN; DAVID M. BARSE; JACK W. ABER; WILLIAM E. CHAPMAN, II; LUCINDA FRANKS; EDWARD J. KAIER; MARVIN MOSER; ERIC RAKOWSKI; MARTIN SHUBIK; CHARLES C. WALDEN; VINCENT J. DUGAN; W. JAMES HALL III; MICHAEL BUONO; THOMAS LAPOINTE; NATHANIEL KIRK; EDWIN TAI; and JOSEPH KALEWSKI,<br>Defendants. | No. 2:16-cv-00904-MWF-SS |

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Robert Bates, Scott Matthew, and Chad S. Miller (collectively, the "Third Avenue Investor Group"), by and through their counsel, will and do hereby move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and Rule 42 of the Federal Rules of Civil Procedure, on May 2, 2016, at 10:00 am, for an Order filed contemporaneously with this motion: (1) consolidating the above-captioned actions for all purposes; (2) appointing the Third Avenue Investor Group as Lead Plaintiff on behalf of all persons who purchased or otherwise acquired securities of Third Avenue Focused Credit Fund between March 1, 2013 and December 10, 2015, both dates inclusive; (3) approving Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class; and (4) granting such other and further relief as the Court may deem just and proper.[1]

In support of this motion, the Third Avenue Investor Group submits a Memorandum of Points and Authorities, the pleadings and other filings herein, and such other written and oral arguments as may be presented to the Court.

Dated: March 29, 2016

**POMERANTZ LLP**

*/s/ Jennifer Pafiti*

Jennifer Pafiti (SBN 282790)
468 North Camden Drive
Beverly Hills, CA 90210
Telephone: (818) 532-6499
E-mail: jpafiti@pomlaw.com

[1] Local Rule 7-3 requires a conference of counsel prior to filing motions. Due to the PSLRA's lead plaintiff procedure, however, the Third Avenue Investor Group will not know which other class members may move for appointment as Lead Plaintiff until after all the movants have filed their respective motions. Under these circumstances, the Third Avenue Investor Group requests that the conferral requirement of Local Rule 7-3 be waived.

**POMERANTZ LLP**
Jeremy A. Lieberman
J. Alexander Hood II
Marc C. Gorrie
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: 212-661-1100
Facsimile: 212-661-8665

**POMERANTZ LLP**
Patrick V. Dahlstrom
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: 312-377-1181
Facsimile: 312-377-1184

*Counsel for Movants and Proposed Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti